# EXHIBIT 1

ELECTRONICALLY FILED - 2025 Apr 24 3:59 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
|---|---|
| COUNTY OF AIKEN | Civil Action No. 2025-CP |

NORTH AUGUSTA 102 SC, LLC AND
KINGSLEY TOWNES SC, LLC DBA
RIVERS EDGE APARTMENTS,

                        Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY,

                        Defendant.

**SUMMONS**
(Jury Trial Demanded)

TO:    THE ABOVE-NAMED DEFENDANT – ARCH SPECIALTY INSURANCE COMPANY

YOU ARE HEREBY SUMMONED and required to answer the Complaint contained herein, a copy of which is herewith served upon you, and to serve a copy of your Answer to this Complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully submitted,

**HOWARD STALLINGS LAW FIRM**
By: /s/Brooke E. Webber
Brooke E. Webber (State Bar No. 56619)
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
E: bwebber@howardstallings.com
*Attorney for Plaintiff*

**HOWARD STALLINGS LAW FIRM**
**Attorneys at Law**
**Raleigh, North Carolina**

ELECTRONICALLY FILED - 2025 Apr 24 3:59 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| | SECOND JUDICIAL DISTRICT |
| COUNTY OF AIKEN | Civil Action No. 2025-CP |

|   |   |
|---|---|
| NORTH AUGUSTA 102 SC, LLC; and KINGSLEY TOWNES SC, LLC (D/B/A RIVERS EDGE APARTMENTS), | ) ) ) ) ) |
| Plaintiffs, | ) ) **COMPLAINT** |
| v. | ) **(JURY TRIAL DEMANDED)** ) ) |
| ARCH SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**NOW COME** Plaintiffs, North Augusta 102 SC, LLC and Kingsley Townes SC, LLC (D/B/A Rivers Edge Apartments), by and through undersigned counsel, complaining of Defendant Arch Specialty Insurance Company ("Defendant"), by alleging and saying as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. North Augusta 102 SC, LLC and Kingsley Townes SC, LLC (D/B/A Rivers Edge Apartments) ("Plaintiffs" or "Rivers Edge") are South Carolina limited liability companies and owners/operators of the Rivers Edge Apartments located in North Augusta, Aiken County, South Carolina.

2. Defendant is a Missouri corporation authorized to act as an insurance company in the State of South Carolina. At all times relevant to this Complaint, Defendant regularly engaged in writing insurance policies and adjusting claims thereunder in the State of South Carolina, including Aiken County.

ELECTRONICALLY FILED - 2025 Apr 24 3:59 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

3. This Court has jurisdiction over the parties and the subject matter of this action, including through S.C. Code. Ann. §36-2-802 and Rule 4 of the South Carolina Rules of Civil Procedure.

4. Venue in this Court is proper pursuant to S.C. Code Ann. § 15-7-30.

## SUBSTANTIVE ALLEGATIONS

5. Rivers Edge is an apartment complex in Aiken County, South Carolina that consists of numerous multi-family structures and a separate office building (hereinafter the "Property").

6. Plaintiffs purchased commercial property insurance for the Property from Defendant under policy number NHPKG0040200, effective from September 30, 2021 to September 30, 2022, in an aggregate amount in excess of $8,000,000.00 (hereinafter the "Policy"). Due to the size of the Policy, upon information and belief, Defendant performed property condition assessments in the underwriting of the Policy, and in so doing confirmed that the Property, inclusive of its roofs, sidings, soft metals, windows and doors, were in good condition and were acceptable to insure.

7. Plaintiffs paid all premiums due to Defendant in exchange for the insurance coverage detailed in the Policy, which included coverage for damage caused by wind and hail.

8. On or about May 6, 2022, wind-driven hail, in the approximate size of 2 inches in diameter ('the size of chicken eggs') pounded the Property. Logically, the wind and hail during the storm caused significant physical damage to the Property, including but not limited to its roofs, sidings, soft metals, windows and doors, which amounts to a multi-million dollar injury to Plaintiffs (hereinafter the "Loss").

9. The Policy was in effect at the time of the Loss, and the Loss is fully compensable under the terms of the Policy.

ELECTRONICALLY FILED - 2025 Apr 24 3:59 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

10. Plaintiffs timely notified Defendant of the Loss and made a claim under the Policy that was assigned Claim Number AB229393 (hereinafter the "Claim").

11. Nevertheless, despite having clear coverage obligations under the Policy, Defendant has failed and refused to make any payment to Plaintiffs for the Claim or Loss. As a result, Plaintiffs suffered damages.

**FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract)**

12. Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein.

13. The Policy is and was a valid and enforceable contract between Plaintiffs and Defendant.

14. Defendant is in material breach of the Policy due to its non-payment of the Claim and failure to make any payment for the Loss.

15. As a direct and proximate result of Defendant's breach of contract, Plaintiffs have suffered and continue to suffer substantial damages, including but not limited to the cost of repair or replacement of the damaged Property, consequential damages, incidental damages, attorneys' fees, and other actual losses.

16. Plaintiffs are entitled to judgment against Defendant in an amount to be determined by the trier of fact, together with pre-judgment interest, costs, and any further relief this Court deems just and proper.

**WHEREFORE**, Plaintiffs respectfully pray the Court enter judgment in their favor and against Defendant as follows:

1. That the Court enter an order requiring Defendant's performance pursuant to the Policy;

**HOWARD STALLINGS LAW FIRM**
**Attorneys at Law**
**Raleigh, North Carolina**

2. That Plaintiffs have and recover against Defendant a sum equal to the amount of the contractual benefits due under the Policy, as well as all consequential, incidental, actual, and other damages to be proven at trial;

3. That the Court tax prejudgment interest on the award and post judgment interest on the entire judgment as permitted by law;

4. That Plaintiffs have a trial by jury on all issues so triable; and

5. For such other and further relief as this Court deems just and proper.

This the 24th day of April, 2025

**HOWARD STALLINGS LAW FIRM**

By: /s/Brooke E. Webber
Brooke E. Webber (State Bar No. 106810)
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
bwebber@howardstallings.com
*Attorney for Plaintiff*

***Anticipated to be Admitted Pro Hac Vice:***

Robert H. Jessup (N.C. State Bar No. 42945)
Howard Stallings Law Firm
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
rjessup@hsfh.com

Rebecca H. Ugolick (N.C. State Bar No.: 48126)
Howard Stallings Law Firm
5410 Trinity Road, Suite 210
Raleigh, North Carolina 27607
Telephone: (919) 821-7700
rugolick@howardstallings.com

ELECTRONICALLY FILED - 2025 Apr 24 3:59 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

| STATE OF SOUTH CAROLINA, | ) | |
|---|---|---|
| | ) | IN THE ☐ FAMILY COURT |
| COUNTY OF __AIKEN__ | ) | ☒ COURT OF COMMON PLEAS |
| NORTH AUGUSTA 102 SC, LLC and | ) | ☐ MAGISTRATE COURT |
| KINGSLY TOWNES SC, LLC DBA | ) | |
| RIVERS EDGE APARTMENTS | ) | __SECOND__ JUDICIAL CIRCUIT |
| Plaintiff(s) | ) | |
| vs. | ) | AFFIDAVIT OF SERVICE |
| ARCH SPECIALTY INSURANCE | ) | |
| COMPANY | ) | FILE NO: 2025CP0201097 |
| Defendant(s). | ) | |

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn

says that (s)he served the __Complaint and Summons__ in this action
(Describe document(s) served)

on __Arch Specialty Insurance Company__ by delivery to
(Name of party served)

[X] __South Carolina Department of Insurance__ personally;
(Name of party served)

[X] __Michael Wise__, the __Agency Director__ of the party served,
(Name of person served) (Note relationship to party)

and a person of discretion residing at the residence of the party served;

☐ _____,_____ the _____ of _____
(Name of person served) (Title) (Name of corporate party served)

and leaving with [X](him) ☐(her) a copy at __1201 Main Street, Suite 1000__
(Street address)

in __Columbia__ __Richland__ County, South Carolina,
(City or Town) County

on __April 29, 2025__ _____

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so. The process is returned unexecuted.

Sworn to and Subscribed before me
this 19th day of May, 2025.

Notary Public for North Carolina

Signature of Deponent

My Commission expires 11/21/2028

Entered in the Sheriff's Service Book on _____
Book _____ Page _____ Number _____

SCCA 402 (Revised 01/08)

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097



# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

HENRY McMASTER
Governor

MICHAEL WISE
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105

April 29, 2025

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARCH SPECIALTY INSURANCE COMPANY
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Dear Sir:

On April 29, 2025, I accepted service of the attached Summons and Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-45-170. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to hsmith@doi.sc.gov.** When replying, please refer to File Number 203657, North Augusta 102 SC, LLC, et al. v. ARCH SPECIALTY INSURANCE COMPANY, et al., 2025-CP-02-01097.

By:  /s/ Anthony Ibarra

Anthony Ibarra
Associate General Counsel
(803)737-6039

Sincerely Yours,

Michael Wise
Director
State of South Carolina
Department of Insurance

Attachment

CC:   Brooke E. Webber Esq.
      5410 Trinity Road
      Suite 210
      Raleigh, NC    27607

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

| | |
|---|---|
| STATE OF SOUTH CAROLINA, ) | IN THE ☐ FAMILY COURT |
| ) | ☒ COURT OF COMMON PLEAS |
| COUNTY OF __AIKEN__ ) | ☐ MAGISTRATE COURT |
| NORTH AUGUSTA 102 SC, LLC and ) | |
| KINGSLY TOWNES SC, LLC DBA ) | |
| RIVERS EDGE APARTMENTS ) | __SECOND__ JUDICIAL CIRCUIT |
| Plaintiff(s) ) | |
| vs. ) | AFFIDAVIT OF SERVICE |
| ARCH SPECIALTY INSURANCE ) | |
| COMPANY ) | FILE NO: __2025CP0201097__ |
| Defendant(s). ) | |

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn

says that (s)he served the ___Complaint and Summons___ in this action
(Describe document(s) served)

on ___Arch Specialty Insurance Company___ by delivery to
(Name of party served)

☒ ___General Counsel___ personally;
(Name of party served)

☐ _____, _____ the _____ of the party served,
(Name of person served)   (Note relationship to party)

and a person of discretion residing at the residence of the party served;

☐ _____, _____ the _____ of _____
(Name of person served)   (Title)   (Name of corporate party served)

and leaving with ☒(him) ☐(her) a copy at ___Harborside - 3210 Hudson Street, Suite 300___
(Street address)

in ___Jersey City___ ___Hudson___ County, New Jersey,
(City or Town)   County

on ___May 3, 2025___ _____

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so. The process is returned unexecuted.

Sworn to and Subscribed before me )
this __19th__ day of __May__, 2025. )
)
_Melissa_ (signature) )  _B.M._ (signature)
Notary Public for North Carolina )  Signature of Deponent

My Commission expires __11/21/2028__ )

[Notary Seal: MELISSA TURNER, Notary Public, Wake County, NC, My Commission Expires November 21, 2028]

Entered in the Sheriff's Service Book on _____
Book _____ Page _____ Number _____

SCCA 402 (Revised 01/08)

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information

Help
UNITED STATES POSTAL SERVICE
May 19, 2025

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 2433 7378 40

This item was delivered on 05/03/2025 at 12:05:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.3.2-d4f171fb

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  5/5/25 |
| 1. Article Addressed to:<br><br>General Counsel<br>Arch Specialty Insurance Company<br>Harborside 3 210 Hudson St., Ste. 300<br>Jersey City, NJ 07311-1107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| <br>9590 9402 9154 4225 7570 30 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2433 7378 40 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt



Sender: Please print your name, address, and ZIP+4® in this box•

Melissa Turner, NCCP
The Howard Stallings Law Firm
P.O. Box 12347
Raleigh, NC 27605

ewers Edge

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. …

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052702433737840

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 12:05 pm on May 3, 2025 in JERSEY CITY, NJ 07302.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, PO Box

JERSEY CITY, NJ 07302
May 3, 2025, 12:05 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ∧

Track Another Package

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ELECTRONICALLY FILED - 2025 May 19 3:42 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201097